UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | 26 U.S.C. § 7206(2) |
| | ) | **Aiding and Assisting in the Filing of** |
| AMANDA COVARRUBIAS | ) | **False Income Tax Return** |
| MARTINEZ | ) | |
| | ) | |

CR124-044

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT ONE</u>
*Aiding and Assisting in the Filing of False Income Tax Return*
26 U.S.C. § 7206(2)

On or about March 9, 2023, in the Southern District of Georgia and elsewhere,

**AMANDA COVARRUBIAS MARTINEZ**

willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, along with accompanying schedules, for an individual identified herein as "Client 1" for calendar year 2022, which was false and fraudulent as to material matters, in that the Form 1040 falsely reported $35,556 in Federal fuel tax credits, $56,500 in medical and dental expenses, $136,558 in Schedule C gross receipts or sales, $75,880 in other expenses; and falsely reported a $28,443 tax refund, whereas, as **AMANDA COVARRUBIAS MARTINEZ** then and there well knew and believed that those items, as reported, were false.

All in violation of Title 26, United States Code, Section 7206(2).


Matthew A Josephson
Assistant United States Attorney
Deputy Chief, Criminal Division

George J.C. Jacobs, III
Assistant United States Attorney
*Lead Counsel